Argued and submitted November 3, 2015, affirmed February 18, 2016

In the Matter of the Compensation of
Sherri L. Robertson, Claimant.
Sherri L. ROBERTSON,
*Petitioner,*

*v.*

GREATER ALBANY
PUBLIC SCHOOL DISTRICT NO. 8J
and Special Districts Association of Oregon,
*Respondents.*

Workers' Compensation Board
1200503; A154839

368 P3d 64

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Chad Kosieracki argued the cause and filed the brief for respondents.

Before Duncan, Presiding Judge, and DeVore, Judge, and Flynn, Judge.

PER CURIAM

Affirmed. *Nacoste v. Halton Co.,* 275 Or App 600, 365 P3d 1098 (2015).